**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                        NO. 4:06CR00253-01-JLH

KENNETH WAYMON WELLS                                                                  DEFENDANT

**ORDER**

Pending is defendant's Motion for Two Point Reduction based on Sentencing Guideline Amendment 782.

If authorized by Congress on November 1, 2014, Amendment 782 will retroactively reduce all drug quantity base offense levels by two. However, only those defendants serving a sentence determined or affected by a range calculated using the drug quantity table, U.S.S.G. § 2D1.1, are potentially eligible for a reduction. Since defendant's base offense level was determined by his career offender status under § 4B1.1, not the drug quantity table, he is not eligible for a reduction.[1]

Accordingly, defendant's Motion for Two Point Reduction is DENIED. Document #40.

IT IS SO ORDERED this 31st day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Defendant had a base offense level of 32 with a -3 for acceptance; a criminal history category of VI; and a guideline range of 151-188 months. He was sentenced to 100 months.